# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | *David Alma ra 3* |
| v. | ) | |
| Aaron L. LOZANO | ) | Case No. 5:15mj 415 |
| Laredo, Texas | ) | |
| | ) | |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __04/03/2015__ in the county of __WEBB__ in the __SOUTHERN__ District of __TEXAS__ , the defendant violated __Title 18__ U. S. C. § __2422 (b)__ , an offense described as follows:

using a facility and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, and attempted to do so.

United States Magistrate Court
DSO-SDTX
FILED

APR 06 2015 28

David J. Bradley, Clerk
Laredo Division

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy J. O'Leary, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/06/2015__

_____
*Judge's signature*

City and state: __Laredo, Texas__

Diana Song Quiroga, U.S. Magistrate
*Printed name and title*

# ATTACHMENT A

I, Timothy J. O'Leary, a Special Agent of United States Immigration and Customs Enforcement, Homeland Security Investigations, have knowledge of the following facts:

1. On March 24, 2015, Homeland Security Investigations (HSI) Laredo special agents initiated an online investigation on a subject later identified as Aaron LOZANO.

2. From March 24, 2015, to April 3, 2015, LOZANO began communicating through cell phone texts and emails detailing his intended plans to travel to Laredo, Texas, to engage in sexual acts with a twelve (12) and a fourteen (14) year old girl. In the state of Texas, the type sexual conduct described by LOZANO, if it was to occur with the individuals he thought to be twelve (12) and fourteen (14) years old, would be considered sexual assault, statutory rape, a violation of Texas Penal Code. These communications were with an HSI Laredo special agent, who was acting in an undercover capacity (UC), as the father of the twelve and fourteen year-old girls.

3. The content of the phone text communications between LOZANO and the UC between March 24, 2015 and April 3, 2015, contained, in part, discussions of the arrangements LOZANO was making to travel to Laredo to meet with the UC and his minor daughters. It was agreed upon between LOZANO and the UC that LOZANO could travel to Laredo on April 3, 2015, in order to meet with the UC and his minor daughters at the home of the UC.

4. On April 3, 2015, additional text messages were exchanged between LOZANO and the UC. During these communications, LOZANO stated he was on his way to Laredo, Texas, for the purpose to meet the UC and his daughters. A meeting was set at a local business and LOZANO was arrested by HSI agents with the assistance of Laredo Police Department upon his arrival at the previously agreed upon location.

5. LOZANO was advised of his Miranda Rights in the English language. LOZANO admitted to all communications with the UC, acknowledged that he knew the UC's children to be minor children, and stated the purpose of his travel was to engage in sexual contact with the minor children. LOZANO further stated that he knew sexual contact between an adult and minor children, ages twelve (12) and fourteen (14), would be illegal.