UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

JUL - 8 2015

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO.15-CR-285-S |
| AARON LOZANO | § § § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

From on or about March 24, 2015 through April 3, 2015, in the Southern District of Texas, and elsewhere, and within the jurisdiction of the Court, Defendant,

**AARON LOZANO,**

did use a facility and means of interstate commerce, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense under the laws of the State of Texas, namely, sexual assault of a person under 17, in violation of Texas Penal Code §§ 22.011(a)(2)(A), 22.011(a)(2)(B), and 22.011(a)(2)(C), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
SARAH M. ELLISON
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

LAREDO    DIVISION                                        NO. 5:15-cr-00406-S
FILE: 15-08219    15-mj-00415    Filed: JUL 0 8 2015
SUPERSEDING INDICTMENT                                    Judge: George P. Kazen

ATTORNEYS:

UNITED STATES OF AMERICA

KENNETH MAGIDSON, USA
VS.                                                       SARAH M. ELLISON, AUSA

**AARON LOZANO**

**CHARGE:** Ct. 1: Enticement of a minor [18 USC 2422(b)]

**TOTAL COUNTS: 1**

**PENALITY:** Ct. 1: 10 yrs mandatory minimum to life and/or $250,000, $100 special assessment
5 YEARS TO LIFE TERM OF SUPERVISED RELEASE

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: